Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 08–31912–MBK
        Chapter: 7
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Patrick J. Honey III
51 Oak Leaf Drive
Little Egg Harbor, NJ 08087

Sandra Honey
aka Sandra A. Fenn
51 Oak Leaf Drive
Little Egg Harbo, NJ 08087

Social Security No.:
  xxx–xx–7245                             xxx–xx–5276

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 13, 2011</u>                 <u>Michael B. Kaplan</u>
                                           Judge, United States Bankruptcy Court